# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRAVIS COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RN BELLINGER, *et al.*,<br><br>　　　　Defendants. | Case No. C18-151-JCC-JPD<br><br>ORDER DIRECTING CLERK TO REFUND FILING FEE |

This matter comes before the Court *sua sponte*. Plaintiff previously filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled § 1983 action, Dkt. 4, which the Court granted by Order dated February 22, 2018. Dkt. 5. Although the Court was subsequently notified that plaintiff was no longer incarcerated at the Snohomish County Jail, and therefore the portion of the Court's IFP Order directing the correctional institution to calculate, collect and forward payments was no longer applicable, plaintiff's IFP status was not extinguished upon his release from confinement. Dkts. 9-10. Thus, plaintiff may proceed in this action without paying the $350 filing fee applicable to prisoners in § 1983 actions.

ORDER- 1

On April 27, 2018, plaintiff paid a filing fee of $350.[1] Because plaintiff has already been granted IFP status in this case, Dkt. 5, this payment was unnecessary. Accordingly, the Clerk is directed to refund plaintiff's filing fee, and to send a copy of this Order to plaintiff, counsel for defendants, and the Honorable John C. Coughenour.

DATED this 2nd day of May, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

---

[1] As plaintiff is no longer incarcerated, the correct filing fee for this civil action should have included a $50 administrative fee for a total filing fee of $400.

ORDER- 2