UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS COLEMAN,<br><br>Petitioner,<br><br>vs.<br><br>RN BELLINGER, et al.,<br><br>Respondents. | NO. C18-00151-JCC-JPD<br><br>ORDER GRANTING STIPULATED WITHDRAWAL OF ONE COUNSEL AND NOTICE OF APPEARANCE OF ANOTHER COUNSEL |

This matter came before the Court on defendants' Stipulated Motion Allowing Withdrawal of One Counsel and Entering a Notice of Appearance of Another Counsel. Dkt. 21. Based on the Court's review of defendants' stipulated motion, the governing law, and the balance of the record, the Court ORDERS as follows:

1.     Defendants' stipulated motion, Dkt. 21, is GRANTED.

2.     Michele C. Atkins and Caitlyn Y. Portz of Fain Anderson Vanderhoef Roseldahl O'Halloran Spillane are removed as representatives on behalf of Snohomish County only.

3.     Deputy Prosecuting Attorney Katherine H. Bosch is entered as representative on behalf of Snohomish County only.

ORDER - 1

4.      Deputy Prosecuting Attorney Katherine H. Bosch is removed as representative on behalf of Debbie Bellinger, RN only.

5.      Michele C. Atkins and Caitlyn Y. Portz of Fain Anderson Vander Vanderhoef Roseldahl O'Halloran Spillane shall remain as attorneys of record for defendants Stuart Andrews, MD and Debbie Bellinger, RN.

6.      The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

DATED this 14th day of May, 2018.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge

ORDER - 2