UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS COLEMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>RN BELLINGER, et al.,<br><br>  Defendants. | NO. C18-151-JCC-JPD<br><br>ORDER DIRECTING PLAINTIFF TO RESPOND REGARDING REFUND OF FILING FEE |

This matter comes before the Court *sua sponte*. The Clerk's Office has advised the Court that it was recently contacted by Ms. Stacy Coleman, the individual who paid the $350 filing fee in this case after the Court granted plaintiff IFP status, regarding difficulties with the refund check that was issued by the Court. Specifically, Ms. Coleman reports that plaintiff is still incarcerated and therefore unable to cash the check, which was made payable to the plaintiff (rather than Ms. Coleman) and sent to their shared Kirkland residence.

If plaintiff would like the Court to reissue the $350 refund check payable to Ms. Stacy Coleman, rather than plaintiff, he must advise the Court of this fact within **fourteen days** of this

ORDER - 1

Order. The Court will reissue the check only upon receipt of such notification from plaintiff, and upon receipt of the originally issued check from Ms. Coleman.

The Clerk is directed to send a copy of this Order to plaintiff at the King County Jail, where he is currently incarcerated, as well as to his Kirkland address.

DATED this 31st day of May, 2018.

JAMES P. DONOHUE
United States Magistrate Judge

ORDER - 2