THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS COLEMAN, | CASE NO. C18-0151-JCC |
| Plaintiff, | ORDER |
| v. | |
| SNOHOMISH COUNTY, *et al.*, | |
| Defendants. | |

The Court, having reviewed the record and the Report and Recommendation of United States Magistrate Judge James P. Donohue, does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) This action is DISMISSED with prejudice.

(3) The Clerk is DIRECTED to send copies of this order to the parties and to the Honorable James P. Donohue.

DATED this 27th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0151-JCC
PAGE - 1